# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

| | |
|---|---|
| Mishcon de Reya New York LLP<br>          Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Grail Semiconductor, Inc. | CASE NUMBER: 3:13-mc-80107-JSW |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,     **Mishcon de Reya New York LLP**     substitutes
(Party (s) Name)

     **Adam L. Streltzer, Esq.**     , State Bar No.     **175075**     as counsel of record in place
(Name of New Attorney)

place of     **pro se**     .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | **ADAM L. STRELTZER, Attorney at Law** |
| Address: | **1875 Century Park East, Suite 700, Los Angeles, CA  90067** |
| Telephone: | **(424) 652-8010**     Facsimile **(424) 652-2296** |
| E-Mail (Optional): | **adam@streltzer.com** |

*LOCAL RULE 5.1 ATTESTATION: I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document. /s/ Adam L. Streltzer, Esq. (#175075)*

I consent to the above substitution.                                                     Mishcon de Reya New York, LLP

Date:     October 22, 2015                                                                  /s/ Vincent Filardo Jr., Partner
                                                                                                            (Signature of Party (s))

I consent to being substituted.                                                          Mishcon de Reya New York, LLP

Date:     October 22, 2015                                                                  /s/ Vincent Filardo Jr., Partner
                                                                                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     October 22, 2015                                                                  /s/ Adam L. Streltzer, Esq.
                                                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     November 10, 2015                                                                  /s/ Jeffrey S. White
                                                                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**